1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street
   Suite 1500
4  Las Vegas, NV  89101
   Telephone: (702) 252-3131
5  E-Mail Address:  smahoney@fisherphillips.com
6  Attorney for Defendant, Giving Home Health Care

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PEARLINDA TSO, | Case No: 2:23-cv-00337-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| GIVING HOME HEALTH CARE LLC; a Nevada Limited Liability Company, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have an extension of time up to and including April 4, 2023 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defense counsel needs additional time to review the facts of this matter and also had/has a number of events and deadlines in other cases before being out of the office

- 1 -

FP 46532092.1

from March 11-20, 2023.  This is the first request for an extension of this deadline.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:/s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendant | By:/s/James P. Kemp<br>James P. Kemp, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

### ORDER

**IT IS SO ORDERED**

**DATED:** 3:45 pm, March 13, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**