1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street
   Suite 1500
4  Las Vegas, NV  89101
   Telephone: (702) 252-3131
5  E-Mail Address:  smahoney@fisherphillips.com
6  Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PEARLINDA TSO, | Case No: 2:23-cv-00337-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT CONFIDENTIAL ENE STATEMENTS** |
| vs. | |
| GIVING HOME HEALTH CARE LLC; a Nevada Limited Liability Company, | **(First Request)** |
| Defendants. | |

The parties, by and through their counsel, hereby stipulate and agree that they will have an extension of time up to and including July 27, 2023 to submit their individual Confidential ENE Statements to the Chambers of U.S. Magistrate Judge Cam Ferenbach.  This is the first request for an extension of this deadline.  Defense counsel needs additional time because he is recovering from a recent medical episode and hospitalization and is currently only working a part-time schedule.  The parties do

- 1 -

FP 47745419.1

1  not request a change in the date of the ENE.

2   FISHER & PHILLIPS                       KEMP & KEMP

4  By: /s/ Scott M. Mahoney, Esq.        By: /s/ James P. Kemp, Esq.
Scott M. Mahoney, Esq.                  James P. Kemp, Esq.
5  300 S. Fourth Street #1500            7435 W. Azure Drive #110
Las Vegas. NV 89101                     Las Vegas, NV 89130
6  Attorney for Defendant                  Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 7-21-23