# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

Perlinda Tso,

    Plaintiff(s),

v.

Giving Home Health Care LLC,

    Defendant(s).

2:23-cv-00337-JCM-BNW

**ORDER**

    The parties were ordered to file a proposed stipulation and order for dismissal by September 29, 2023. ECF NO. 24. To date, no proposed stipulation and order for dismissal has been filed.

    Accordingly,

    IT IS HEREBY ORDERED that an in-person hearing is scheduled for 1:00 PM, October 17, 2023, in Courtroom 3D. The hearing will be VACATED upon the filing of the proposed stipulation and order for dismissal.

    DATED this 2nd day of October 2023.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE