FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant, Giving Home Health Care

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PEARLINDA TSO, | Case No: 2:23-cv-00337-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| GIVING HOME HEALTH CARE LLC; a Nevada Limited Liability Company, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

FISHER & PHILLIPS                                KEMP & KEMP

By:/s/Scott M. Mahoney                            By:/s/James P. Kemp
Scott M. Mahoney, Esq.                           James P. Kemp, Esq.
300 S. Fourth Street #1500                       7435 W. Azure Drive #110
Las Vegas. NV 89101                              Las Vegas, NV 89130
Attorney for Defendant                           Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: October 6, 2023

- 1 -

FP 47857002.1